UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERICA JOHNSON AND JOSE SANTIAGO, individually and on behalf of all others similarly situated who consent to their inclusion,<br>    PLAINTIFFS,<br>v.<br>AVIS BUDGET CAR RENTAL, LLC and BUDGET RENT A CAR SYSTEM, INC.,<br>    DEFENDANTS. | CIVIL ACTION NO. 1:13-CV-11796-JLT |

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

Pursuant to Local Rule of Civil Procedure 7.1, Plaintiff Erica Johnson and Defendants Avis Budget Car Rental, LLC and Budget Rent A Car System, Inc. hereby move for an Order approving the Settlement Agreement and General Release reached between the parties and impounded by this Court. In lieu of a brief[1], as grounds for this motion, the parties state as follows:

1.  On July 29, 2013 Plaintiffs Erica Johnson and Jose Santiago filed a Complaint alleging that they and other similarly situated Shift Managers are improperly classified as exempt under the Fair Labor Standards Act and Massachusetts state law. (Dkt. Entry 1). Defendants denied all liability to Plaintiffs.

2.  On March 10, 2014, Plaintiff Jose Santiago voluntarily dismissed his claims. (Dkt. Entry 27).

---

[1] The parties are in agreement that no brief is necessary, given this joint motion. Should the Court require additional briefing, the parties will so provide.

3. There have been no additional opt-ins in this case and the Plaintiff did not move for conditional certification.

4. The parties have reached an agreement to settle this matter, which has been submitted to the Court (via hand delivery, on March 18, 2014) and impounded pursuant to Local Rule of Civil Procedure 7.2 and the Court's March 17, 2014 electronic order granting the parties' Motion to Seal (Docket No. 30).

5. Pursuant to 29 U.S.C. § 216(b), the Court must approve the settlement agreement.

6. When employees bring a private action under the FLSA, and present to the district court a proposed settlement pursuant to that Act's § 216(b), the district court may enter a stipulated judgment if it determines that the compromise reached "is a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982).

7. A dispute is "bona fide" when it involves "factual issues" rather than "legal issues such as the statute's coverage and applicability," *Lignore v. Hosp. of Univ. of Pa.*, 2007 U.S. Dist. LEXIS 32169, at **13-15 (E.D. Pa. 2007) (internal citation omitted), and when its settlement "reflects a reasonable compromise of disputed issues rather than a mere waiver of statutory rights brought about by an employer's overreaching." *Lynn's Food*, 679 F.2d at 1354.

8. The dispute here is bona fide. The factual issues at stake include whether Plaintiff was improperly classified as exempt and, if so, whether Plaintiff was then owed overtime pay. Settlement was reached after several months of litigation, in which both parties were zealously represented. The parties exchanged written discovery and Defendants deposed both Plaintiff as well as dismissed Plaintiff Jose Santiago.

9. The settlement, which provides back wages to which Plaintiff claims entitlement, certainly represents a "reasonable compromise" and is objectively fair to the Plaintiff. *Lynn's Food*, 679 F.2d at 1354.

**WHEREFORE,** the parties request that this Court approve the Settlement Agreement and General Release.

Respectfully submitted,

ERICA JOHNSON

/s/ *Armando Ortiz*
Armando A. Ortiz (BBO No. 684965)
Dale J. Morgado (admitted *pro hac vice*)
**FELDMAN MORGADO, P.A.**
100 North Biscayne Boulevard
29th Floor, Suite 2902
Miami, Florida 33132
(302) 222-7850
aortiz@ffmlawgroup.com

AVIS BUDGET CAR RENTAL, LLC and BUDGET RENT A CAR SYSTEM, INC.

/s/ *Stephen Melnick*
Stephen T. Melnick
**LITTLER MENDELSON, P.C.**
1 International Place #2700
Boston, Massachusetts 02110
617.378.6000 (t)
617.7373.0052
smelnick@littler.com

Kimberly J. Gost (admitted *pro hac vice*)
Matthew J. Hank (admitted *pro hac vice*)
Nina K. Markey (admitted *pro hac vice*)
Sarah Bryan Fask (admitted *pro hac vice*)
**LITTLER MENDELSON, P.C.**
1601 Cherry Street
Suite 1400
Philadelphia, Pennsylvania 19102-1321

        267.402.3000 (t)
        267.402.3131 (f)
        kgost@littler.com
        mhank@littler.com
        nmarkey@littler.com
        sfask@littler.com

Dated:  March 18, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March, 2014, the foregoing document was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants defined on the Notice of Electronic Filing.

*/s/ Stephen Melnick*  
Stephen Melnick